■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN PAPPAS, Appellant. [999 NYS2d 757]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Donnelly, J.), imposed May 30, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248 [2006]). Eng, P.J., Balkin, Chambers, Sgroi and Miller, JJ., concur.